**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>  v.  )<br>  )<br>  Walter Paniagua  )<br>  )<br>  ) | Docket No.:  0972 1:13CR00398-001 |

On October 26, 2010, the above-named was sentenced to Supervised Release for a period of 2 years. Supervision commenced on August 12, 2013.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Laura A. Del Villar
Laura A. Del Villar
United States Probation Officer

Dated:   June 8, 2015
         Visalia, California

                /s/ Lonnie E. Stockton
**REVIEWED BY:**   **Lonnie E. Stockton**
                **Supervising United States Probation Officer**

1

Rev. 06/2015
EARLY TERMINATION ~ ORDER (PROB35).DOTX

**Re:     Walter Paniagua**
        **Docket No:   0972 1:13CR00398-001**
        **Report and Order Terminating Supervised Release**
        **Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Walter Paniagua be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **June 9, 2015**                     **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation

cc:     AUSA – Kevin Rooney
        Supervisee - Walter Paniagua